AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ Montana

UNITED STATES OF AMERICA

V.

Gary Lee Paul Adams

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:20-cr-0027-DLC-1

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Dana L. Christensen_ (signature)

Signature of Judge

| Dana L. Christensen | District Judge |
|---|---|
| Name of Judge | Title of Judge |

3/30/2021

Date